IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICKY RAMDEEN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TRIHOP 69th STREET, LLC | : | |
| d/b/a IHOP | : | NO. 16-1361 |

O R D E R

AND NOW, this 14th day of February, 2017, upon consideration of Plaintiff Ricky Ramdeen's Motion to Compel Discovery, docketed in this case as Document No. 27, and Defendant's response thereto, it is hereby ORDERED that Plaintiff's Motion is GRANTED:

1. Defendant shall provide Plaintiff with all material responsive to Document Requests No. 20, 25, and 7, and/or shall provide signed statements explaining any inability to provide material, or asserting that all material has been provided, within two weeks of the date of this Order;

2. Defendant shall provide Plaintiff with all material responsive to Document Request No. 21 within ten days of the denial of Defendant's Motion for Summary Judgment, if such a motion is filed and denied; if Defendant does not file a motion for summary judgment, this material is due on March 1, 2017, two weeks after the last date for filing a motion for summary judgment.

BY THE COURT:

/s/Jacob P. Hart
_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE