IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICKY RAMDEEN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TRIHOP 69th STREET, LLC | : | |
| d/b/a IHOP | : | NO. 16-1361 |

O R D E R

AND NOW, this 9th day of March, 2017, upon consideration of Defendant Trihop 69th Street, LLC d/b/a IHOP's Motion for Summary Judgment, filed this case as Document No. 31, and Plaintiff Ricky Ramdeen's Response thereto, it is HEREBY ORDERED that the Motion for Summary Judgment is DENIED.

BY THE COURT:

/s/Jacob P. Hart
_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE